IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHERYL LOUISE MARCHESE,**

      **Plaintiff,**

v.                                             **CASE NO. 3:12-cv-169-RS-CJK**

**APPLE CORPORATION,**

      **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's claims are **DISMISSED with prejudice** under 42 U.S.C. § 1983 and 28 U.S.C § 1331.

3. The clerk is directed to close the file.

**ORDERED** on September 4, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE**